**No. 09-1476. Borough of Duryea, Pennsylvania, et al., Petitioners v. Charles J. Guarnieri.**

562 U.S. 960, 131 S. Ct. 456, 178 L. Ed. 2d 285, 2010 U.S. LEXIS 8075.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted.

Same case below, 364 Fed. Appx. 749.